### DISTRICT COURT OF THE VIRGIN ISLANDS
### DIVISION OF ST. CROIX

| | |
|---|---|
| **SIRRLOVE R. WILLIAMS,**  )<br>  )<br>  **Plaintiff,**  )<br>  )<br>  v.  )<br>  )<br>  **SHAMIKA M. ANDERSON,**  )<br>  **SIRRMACHIAVELLI WILLIAMS,**  )<br>  **SIRRMASTER WILLIAMS,**  )<br>  **TAVIA YORK MARTINEZ,**  )<br>  **LORENCE L. MARTINEZ,**  )<br>  )<br>  **Defendants.**  )<br>  ) | Civil Action No. 2024-0043 |

**Appearances:**

Sirrlove R. Williams, *Pro Se*

## MEMORANDUM OPINION AND ORDER

**Lewis, District Judge**

THIS MATTER comes before the Court on Plaintiff Sirrlove R. Williams' ("Plaintiff") "Motion for Perm[a]nent Restraining Order" ("Motion") (Dkt. No. 1), in which Plaintiff seeks immediate relief in the form of permanent injunctive relief preventing Defendants Shamika M. Anderson and Tavia York Martinez from having contact with Plaintiff. (Dkt. No. 1 at 2). While Plaintiff seeks injunctive relief, Plaintiff's Motion acknowledges that he has not filed a complaint. *Id.* at 1.[1]

Pursuant to Federal Rule of Civil Procedure 3, the first step in an action is the filing of the complaint. Fed. R. Civ. P. 3 ("A civil action is commenced by filing a complaint with the court."). "The requirement that all plaintiffs must file a complaint is a fundamental rule in our legal system.

---

[1] Plaintiff states that he "[doesn't] want to file a lawsuit or charges." (Dkt. No. 1 at 2).

Without a complaint, the Court cannot ascertain the basis for jurisdiction." *Kaufman v. Werlich*, 2020 U.S. Dist. LEXIS 16939, at *2 (S.D. Ill. Jan. 31, 2020) (explaining that "the Court will not engage in a guessing game."). A complaint is a necessary first step "even where a plaintiff seeks equitable relief such as through a motion for a preliminary injunction or TRO." *Goldwire v. Mohr*, 2017 U.S. Dist. LEXIS 175299, at *4 (S.D. Ohio Oct. 23, 2017) ("[E]very lawsuit must be initiated by the filing of a complaint."); *Wilhelm v. Aung*, 2023 U.S. Dist. LEXIS 106321, at *6 (E.D. Cal. June 16, 2023) ("The court will not issue any orders granting or denying injunctive relief until an action has been properly commenced."). Accordingly, the Court will deny Plaintiff's Motion in the absence of a complaint.

In view of the foregoing, it is hereby

**ORDERED** that Plaintiff Sirrlove R. Williams' "Motion for Perm[a]nent Restraining Order" (Dkt. No. 1) is **DENIED**; and it is further

**ORDERED** that the Clerk's Office shall mail a copy of the instant Memorandum Opinion and Order to Plaintiff via certified mail, return receipt requested.

**SO ORDERED.**

Date: December 19, 2024                    _____/s/_____
                                           WILMA A. LEWIS
                                           District Judge